## SHERMAN v. OELSNER et al.

(Supreme Court, Appellate Term. May 27, 1912.)

PARTNERSHIP (§ 204*)—PROCESS—SERVICE ON AGENT.
Service of process on an agent of a copartnership will not bind the copartners.
[Ed. Note.—For other cases, see Partnership, Cent. Dig. §§ 376–381; Dec. Dig. § 204.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Benjamin Sherman against C. Wilhelm Oelsner and another, doing business under the firm name of Gerhard & Hoy. From a judgment for plaintiff, defendants appeal. Reversed, and complaint dismissed.

Argued May term, 1912, before SEABURY, LEHMAN, and PAGE, JJ.

Ralph James M. Bullowa (Aaron J. Levy, of counsel), for appellants.

Barnett H. Kopelman, for respondent.

PER CURIAM. The summons in this action was never personally served upon either of these defendants, and they never appeared in the lower court in a manner sufficient to confer jurisdiction over the person. The service of the summons upon one Walter, as the agent of a copartnership, is unauthorized, and the defendants were not bound by such service.

Judgment reversed, with costs, and complaint dismissed, with costs.